# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  | |
| ) | **8:06CR72** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **SEAN L. ZELLERS,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of David R. Stickman, Federal Public Defender, to withdraw as counsel for the defendant, Sean L. Zellers [9]. Since retained counsel, Deborah D. Cunningham, has entered an appearance for the defendant [8], the motion to withdraw [9] is granted. David R. Stickman shall be deemed withdrawn as attorney of record and shall forthwith provide Deborah D. Cunningham with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Stickman which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 10th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge