IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR72 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN L. ZELLERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the following is set for hearing on **April 19, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Reopen Detention Hearing [12] filed by the defendant

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 18th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge