## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR72** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **SEAN L. ZELLERS,** | ) | **CONTINUING TRIAL** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to continue trial [17] and waiver of speedy trial [16].  For good cause shown,

**IT IS ORDERED** that the motion to continue trial [17] is granted, as follows:

1.   Trial of this matter is continued from May 16, 2006 to **June 13, 2006** before Judge Laurie Smith Camp and a jury.

2.   The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **May 16, 2006 and June 13, 2006** , shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion, and considering the diligence of counsel.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

3.   Counsel for the United States shall confer with defense counsel and, no later than **June 5, 2006**, advise the court of the anticipated length of trial.

**DATED April 21, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**