IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR72** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SEAN L. ZELLERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue the deadline to file objections to the Presentence Investigation Report ("PSR") (Filing No. 33).

IT IS ORDERED:

1. The Defendant's motion to continue the deadline to file objections to the PSR (Filing No. 33) is granted;

2. The deadline in ¶ 6 of the Order on Sentencing Schedule is changed to September 18, 2006; and

3. Otherwise, the deadlines in the PSR remain unchanged.

DATED this 5th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge