IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR72 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SEAN L. ZELLERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend the Defendant's self surrender date (Filing No. ____).

Currently, the Defendant is to report no earlier than January 3, 2007. For the reasons stated in the motion, the Defendant's self surrender date will be extended to January 31, 2007.

IT IS ORDERED:

1. The Defendant's motion to extend the Defendant's self surrender date (Filing No. ___) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Wednesday, January 31, 2007, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 29th day of December, 2006.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge