IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR72 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SEAN L. ZELLERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the Defendant's self surrender date (Filing No. 46).

Currently, the Defendant is to report no later than January 31, 2007. For the reasons stated in the motion, the Defendant's self surrender date will be extended to February 16, 2007.

IT IS ORDERED:

1. The Defendant's motion to extend the Defendant's self surrender date (Filing No. 46) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Friday, February 16, 2007, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 29th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge