**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR72** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **SEAN L. ZELLERS,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the Defendant's self surrender date (Filing No. 48).

Currently, the Defendant is to report no later than February 16, 2007. For the reasons stated in the motion, the Defendant's self-surrender date will be extended to March 1, 2007.

IT IS ORDERED:

1. The Defendant's motion to extend the Defendant's self surrender date (Filing No. 48) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Thursday, March 1, 2007, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 15th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge