IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR72 |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | ORDER |
| **SEAN L. ZELLERS,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion. I recently extended the Defendant's date for self-surrender to March 1, 2007. Because of a blizzard in Nebraska and portions of the upper Midwest, several roads, including the interstate highways between Nebraska and Minnesota, were closed, and the Defendant was unable to reach the facility. Accordingly,

IT IS ORDERED:

1. The Defendant shall report no later than 2:00 p.m. on Thursday, March 8, 2007, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 2nd day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge