IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SEAN L. ZELLERS,<br><br>                Defendant. | 8:06CR72<br><br>**ORDER** |

Defendant Sean L. Zellers appeared before the court on Monday, December 9, 2013 on a Petition for Warrant or Summons for Offender Under Supervision [58].  The defendant was represented by Assistant Federal Public Defender Jennifer L. Gilg, and the United States was represented by Assistant U.S. Attorney Robert C. Sigler.  The government did not request detention therefore, the Defendant was not entitled to a preliminary examination.  The defendant was released on current terms and conditions of supervision.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

      IT IS ORDERED:

      1.    A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on January 30, 2014 at 9:30 a.m. Defendant must be present in person.

      2.    The defendant is released on current conditions of supervision.

Dated this 9th day of December, 2013.

                                            BY THE COURT:

                                            s/ F.A. Gossett, III
                                            United States Magistrate Judge